United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN, <br>     Plaintiff, <br>     v. <br> IVERS, et al., <br>     Defendants. | Case No. 17-03700 BLF (PR) <br><br> **ORDER DENYING MOTION FOR COURT APPOINTED COUNSEL** <br><br><br> (Docket No. 34) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against staff at the Humboldt County Correctional Facility ("HCCF").[1] On September 24, 2018, Defendants filed a motion to dismiss. (Docket No. 33.) Plaintiff has filed a motion requesting the appointment of counsel because "a highly technical eye is required" to litigate his claims. (Docket No. 34 at 1.)

There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981); *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), *withdrawn in part on other grounds*

---

[1] The matter was reassigned to this Court on February 13, 2018. (*See* Docket Nos. 13, 14.)

1 | *on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998) (en banc).  The decision to request counsel to represent an indigent litigant under § 1915 is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984).  Accordingly, Plaintiff's motion is **DENIED** for lack of exceptional circumstances.  *See Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004); *Rand,* 113 F.3d at 1525 (9th Cir. 1997); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  This denial is without prejudice to the Court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates Docket No. 34.

**IT IS SO ORDERED.**

Dated: October 19, 2018

BETH LABSON FREEMAN
United States District Judge

Order Denying Motion for Court Appointed Counsel
P:\PRO-SE\BLF\CR.17\03700Silverman_deny-atty.docx

2