1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA

10

11   JACOB S. SILVERMAN,                    Case No. 17-03700 BLF (PR)

        Plaintiff,                            **ORDER DENYING PENDING
12                                             MOTION**

13           v.

14   IVERS, et al.,

15           Defendants.

16                                            (Docket No. 36)

17

18        Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to

19   42 U.S.C. § 1983 against staff at the Humboldt County Correctional Facility ("HCCF"),

20   for deliberate indifference to serious medical needs.  The Court found the second amended

21   complaint stated cognizable claims and ordered the matter served on Defendants.  (Docket

22   No. 18.)

23        Plaintiff has filed a "motion for good cause for physical examination," specifically

24   for a court appointed neurologist to examine him for nerve damage, which the Court

25   construes as a motion for preliminary injunction.  (Docket No. 36.)  Plaintiff was advised

26   in the Court's order of service that he must serve Defendants with any such motion

27   because notice to the adverse party is required under Rule 65(a)(1) of the Federal Rules of

28

Civil Procedure. (*See* Docket No. 18 at 3.) Plaintiff has failed to serve the motion on Defendants. Accordingly, the motion is **DENIED** without prejudice to refiling with an accompanying certificate of service indicating that he served the motion on Defendants so that they can have an opportunity to file a response.

This order terminates Docket No. 36.

**IT IS SO ORDERED.**

Dated:   November 26, 2018

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California