UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br><br>Plaintiff,<br><br>v.<br><br>IVER LIEN, et al.,<br><br>Defendants. | Case No. 17-03700 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; GRANTING MOTION TO CORRECT LEAD NAME OF CASE; DENYING OTHER MOTION**<br><br>(Docket Nos. 44, 47) |

Plaintiff, a California inmate proceeding *pro se*, filed a second amended civil rights complaint ("SAC") pursuant to 42 U.S.C. § 1983 against staff at the Humboldt County Correctional Facility ("HCCF"). On July 11, 2018, after finding the SAC stated a cognizable Eighth Amendment claim, the Court issued an order directing Defendants to file a dispositive motion no later than November 12, 2018. (Docket No. 18.) Defendants Lien, Barnhart, and Burleson have filed a motion requesting a ninety-day extension of time to do so. (Docket No. 44.)

Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion **within ninety (90) days** from the date this order is filed. Plaintiff shall file an opposition **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply **no later than fourteen (14) days** after

Plaintiff's opposition is filed.

Plaintiff's motion to correct the lead name of the case from "Iver Fiam" to "Iver Lien" is **GRANTED**. (Docket No. 47.) The Clerk is instructed to update the docket accordingly. As for Plaintiff's motion "to re-process [his] previous filed motion for physical examination," (*id.*), it is **DENIED** for the same reason the original motion was denied, i.e., for failure to serve the motion Defendants as required under Rule 65(a)(1) of the Federal Rules of Civil Procedure. (*See* Docket Nos. 36, 46.)

This order terminates Docket Nos. 44 and 47.

**IT IS SO ORDERED.**

Dated: Nov 26, 2018

BETH LABSON FREEMAN
United States District Judge

Order Grant. Ext. of Time to File Disp. Mot.; Granting and Denying P's Mot.
P:\PRO-SE\BLF\CR.17\03700Silverman_eot-dispo.docx

2