UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>IVER LIEN, et al.,<br><br>    Defendants. | Case No. 17-03700 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated:** February 25, 2020

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\03700Silverman_judgment